## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| VICTORIA SCIARRINO, | : | No. 3:18cv1615 |
| **Plaintiff** | : | |
| | : | (Judge Munley) |
| v. | : | |
| | : | |
| REGIONAL HOSPITAL OF | : | |
| SCRANTON and SCRANTON | : | |
| HOSPITAL COMPANY, LLC, | : | |
| **Defendants** | : | |

••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••

## ORDER

**AND NOW**, to wit, this 16th day of March 2020, the motion for summary judgment filed by Defendant Quincy Hospital Company, LLC d/b/a Regional Hospital of Scranton, named in the complaint as Regional Hospital of Scranton and Scranton Hospital Company LLC (Doc. 28) is hereby **DENIED**.

 

 

            **BY THE COURT:**

            **s/ James M. Munley**
            **JUDGE JAMES M. MUNLEY**
            **United States District Court**